JOHN C. ULIN (State Bar No. 165524)
John.Ulin@aporter.com
ERIC D. MASON (State Bar No. 259233)
Eric.Mason@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California  90017-5844
Telephone: (213) 243-4000
Facsimile:  (213) 243-4199

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| SWEET PEOPLE APPAREL, INC. d/b/a MISS ME, a California corporation, and RCRV, INC. d/b/a ROCK REVIVAL, a California corporation,<br><br>         Plaintiffs,<br><br>     v.<br><br>WATCH L.A. JEANS & SPORTSWEAR d/b/a WATCH L.A., a business entity of form unknown, PIERRE D. MITRI, an individual, XYZ COMPANIES 1-10, and JOHN AND JANE DOES 1-10,<br><br>         Defendants. | Case No.: 2:14-cv-07399<br><br>**COMPLAINT FOR:**<br><br>(1) Copyright Infringement in Violation of 17 U.S.C. § 501;<br><br>(2) Trademark Counterfeiting and Trademark Infringement in Violation of 15 U.S.C. § 1114;<br><br>(3) Common Law Trademark Infringement and Unfair Competition;<br><br>(4) Unfair Competition in Violation of California Bus. & Prof. Code §§ 17200 *et seq.*; |

Plaintiffs Sweet People Apparel, Inc. d/b/a Miss Me ("Sweet People"), and RCRV, Inc. d/b/a Rock Revival ("RCRV") (collectively "Plaintiffs"), by and through their undersigned counsel, complain of defendants Watch L.A. Jeans & Sportswear d/b/a Watch L.A. ("Watch L.A."), Pierre D. Mitri ("Mitri"), XYZ Companies 1-10, and John and Jane Does 1-10 (collectively "Defendants"), and allege as follows:

## JURISDICTION AND VENUE

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331 and 1338, and 15 U.S.C. § 1121.  Plaintiffs' claims are predicated upon the Copyright Act of 1976, as amended, 17 U.S.C. § 101 *et seq.*, the Trademark Act of 1946, as amended, 15 U.S.C. § 1051 *et seq*., and substantial and related claims under the statutory and common law of the State of California.

2.      Venue is properly founded in this judicial district pursuant to 28 U.S.C. §§ 1391(b) and (c), because Defendants are either subject to personal jurisdiction within this judicial district, and/or because a substantial part of the events giving rise to Plaintiffs' claims occurred within this judicial district.

## NATURE OF THE ACTION

3.      Sweet People seeks injunctive relief and damages for acts of willful copyright infringement, in violation of the laws of the United States.

4.      RCRV seeks injunctive relief and damages for acts of willful trademark infringement and counterfeiting, false designation of origin, and common law trademark infringement and unfair competition, in violation of the laws of the United States and the State of California.

5.      In particular, this case concerns Defendants' willful and deliberate targeting of Sweet People and RCRV, and their infringement of a number of Sweet People's and RCRV's most distinctive and popular designs used on and in connection with their highly successful lines of MISS ME and ROCK REVIVAL brand jeanswear products.  After substantial resources had been expended by Sweet People and RCRV promoting and selling jeanswear products containing such designs, and

after consumers had come to recognize such designs and associate them exclusively with Sweet People or RCRV, Defendants created, introduced and sold jeanswear products with virtually identical designs.  This conduct was undertaken in bad faith, was without Sweet People's or RCRV's consent, and was engaged in by Defendants deliberately so that they could compete directly with Plaintiffs and siphon off sales from Sweet People's MISS ME jeanswear line and RCRV's ROCK REVIVAL jeanswear line.

## THE PARTIES

6.     Plaintiff Sweet People is a corporation duly organized and existing under the laws of the State of California, and maintains its principal place of business at 4715 S. Alameda Street, Los Angeles, California 90058.

7.     Plaintiff RCRV is a corporation duly organized and existing under the laws of the State of California, and maintains its principal place of business at 4715 S. Alameda Street, Los Angeles, California 90058.

8.     Upon information and belief, defendant Watch L.A. is a business entity of form unknown, and maintains its principal place of business at 1138 S. Wall Street, Los Angeles, California 90015.

9.     Upon information and belief, defendant Mitri is an individual residing at 1138 S. Wall Street, Los Angeles, California 90015.  Upon further information and belief, defendant Mitri is the owner of defendant Watch L.A., and is the moving, active, conscious force directing defendant Watch L.A.'s wrongful acts described herein.  Accordingly, defendant Mitri is personally responsible and liable for the wrongful acts of defendant Watch L.A., as described herein.

10.     Upon information and belief, defendants Watch L.A. and Mitri are acting in conjunction with various Defendant XYZ Companies, denoted here as Defendant XYZ Companies 1-10, and John and Jane Does, denoted here as Defendants John and Jane Does 1-10, whose identities are not presently known.  If the identities of these parties become known, Sweet People and RCRV will amend

the Complaint to include the names of these additional corporations and individuals.

**SWEET PEOPLE'S BUSINESS**

11.     Sweet People manufactures, promotes, sells and distributes high-quality jeanswear and denim products throughout the United States, including in this judicial district, under the MISS ME brand name.  Sweet People's line of MISS ME brand jeanswear products is sold by such well-known fashion retailers and department stores as Macy's, Dillard's and The Buckle, both in-store and online.

12.     Over the past several years, the MISS ME brand of jeanswear and denim products has become very popular in the highly competitive jeanswear market.  Due to its popularity, Sweet People's MISS ME jeanswear has received extensive media coverage and has appeared in numerous widely circulated fashion magazines, including *In Style*, *Elle*, *Glamour*, *944 Magazine*, *Harper's Bazaar*, *Lucky*, *Teen Vogue* and *Nylon*.  In addition, celebrities such as Miley Cyrus, Paris Hilton and Beyonce have been photographed wearing MISS ME jeanswear.

13.     Among the many elements that identify MISS ME brand jeanswear products and distinguish them from the products of Sweet People's competitors are the unique and distinctive designs created by Sweet People and embroidered onto and/or otherwise affixed to its jeanswear products.  Such designs are used repeatedly by Sweet People on its MISS ME brand of jeanswear products, and have come to exclusively identify Sweet People as the source of such products.

14.     Among Sweet People's most important assets are the intellectual property rights it owns in the unique and distinctive designs used on and in connection with its MISS ME line of jeanswear products.  Such designs, which are subject to copyright protection, include Sweet People's Wing Design, Double Wing Design, and Vintage White Wing Design (collectively these designs are referred to hereinafter as the "Sweet People Copyrighted Designs").

1

## RCRV'S BUSINESS

2        15.    RCRV manufactures, promotes, sells and distributes high-quality

3 jeanswear and denim products throughout the United States, including in this judicial

4 district, under the ROCK REVIVAL brand name.

5        16.    ROCK REVIVAL brand jeanswear is sold at retail by such well-known

6 fashion chain stores and department stores as The Buckle and Nordstrom, both in-

7 store and online.  ROCK REVIVAL brand jeanswear and denim products have

8 become very popular in the highly competitive jeanswear market.

9        17.    Among the many elements that distinguish ROCK REVIVAL jeanswear

10 from its competitors are a series of design elements embroidered onto the jeans that

11 are used exclusively on ROCK REVIVAL jeanswear, and which have come to

12 identify RCRV as the source of such products.  Such designs, which are subject to

13 copyright and/or trademark protection, include RCRV's Inverted Fleur-de-lis Design

14 Trademark (this design is referred to hereinafter as the "RCRV Protected Design" or

15 the "INVERTED FLEUR-DE-LIS DESIGN"), which RCRV's predecessor created in

16 2005 and has been in continuous use by RCRV and its predecessor since at least as

17 early as March 17, 2006.

18

## SWEET PEOPLE'S WING DESIGN COPYRIGHT

19        18.    Sweet People owns U.S. Copyright Registration No. VA 1-733-502,

20 effective as of September 3, 2010, for its Wing Design (the "Wing Design") and

21 Supplementary Registration No. 1-432-644, issued on September 16, 2010, for the

22 Wing Design.  Copies of the registration certificates for the Wing Design are attached

23 hereto as Exhibit A, along with a photograph of the Wing Design as used by Sweet

24 People on its MISS ME line of jeanswear products, a copy of which also appears

25 below:

26

27

28



19.     The Wing Design was created in 2009 by Sweet People and has been in continuous use by Sweet People on jeanswear products since at least as early as June 5, 2009.  Sweet People owns all right, title and interest in and to the Wing Design, which constitutes original and copyrightable subject matter under the U.S. Copyright Act.

20.     Sweet People has duly complied with all relevant requirements of the U.S. Copyright Act with respect to the Wing Design.

### SWEET PEOPLE'S DOUBLE WING DESIGN COPYRIGHT

21.     Sweet People owns U.S. Copyright Registration No. VA 1-802-210, effective as of February 17, 2012, for its Double Wing JP5163B Design (the "Double Wing Design").  A copy of the registration certificate for the Double Wing Design is attached hereto as Exhibit B, along with a photograph of the Double Wing Design as used by Sweet People on its MISS ME line of jeanswear products, a copy of which also appears below:



6

22.     The Double Wing Design was created by Sweet People in 2010 and has been in continuous use by Sweet People on jeanswear products since at least as early as October 15, 2010.  Sweet People owns all right, title and interest in and to the Double Wing Design, which constitutes original and copyrightable subject matter under the U.S. Copyright Act.

23.     Sweet People has duly complied with all relevant requirements of the U.S. Copyright Act with respect to the Double Wing Design.

**SWEET PEOPLE'S VINTAGE WHITE WING DESIGN COPYRIGHT**

24.     Sweet People owns U.S. Copyright Registration No. VA 1-920-749, effective as of August 29, 2014, for its Vintage White Wing JP5330 Design (the "Vintage White Wing Design").  A copy of the registration certificate for the Vintage White Wing Design is attached hereto as Exhibit C, along with a photograph of the Vintage White Wing Design as used by Sweet People on its MISS ME line of jeanswear products, a copy of which also appears below:



25.     The Vintage White Wing Design was created by Sweet People in 2010 and has been in continuous use by Sweet People on jeanswear products since at least as early as April 18, 2011.  Sweet People owns all right, title and interest in and to the Vintage White Wing Design, which constitutes original and copyrightable subject matter under the U.S. Copyright Act.

26.     Sweet People has duly complied with all relevant requirements of the U.S. Copyright Act with respect to the Vintage White Wing Design.

### RCRV'S INVERTED FLEUR-DE-LIS DESIGN TRADEMARK

27.     In 2005, RCRV's predecessor created a distinctive inverted fleur-de-lis design embroidered onto the rear pocket of its jeans (the "INVERTED FLEUR-DE-LIS DESIGN"), a new and unique design that was unlike anything used before in the jeanswear industry.  Given its innovative design characteristics, the INVERTED FLEUR-DE-LIS DESIGN is an inherently distinctive identifier that became immediately associated with ROCK REVIVAL brand jeanswear products.  Further, RCRV and its predecessor have continuously and exclusively used the INVERTED FLEUR-DE-LIS DESIGN on jeanswear products since March 2006, to the point where the INVERTED FLEUR-DE-LIS DESIGN has became the signature design of RCRV's business.

28.     The INVERTED FLEUR-DE-LIS DESIGN is the subject of U.S. Trademark Registration No. 4,248,371, registered on November 27, 2012 on the Principal Register for jeanswear.  RCRV's trademark registration for the INVERTED FLEUR-DE-LIS DESIGN is in full force and effect.  A copy of the registration certificate for the INVERTED FLEUR-DE-LIS DESIGN along with a photograph of the INVERTED FLEUR-DE-LIS DESIGN as used by RCRV on its ROCK REVIVAL line of jeanswear products is attached hereto as Exhibit D.

29.     RCRV products bearing the INVERTED FLEUR-DE-LIS DESIGN Trademark are distributed and sold in over 900 stores worldwide, including retailers such as Nordstrom and The Buckle.  In addition, products bearing the INVERTED FLEUR-DE-LIS DESIGN Trademark are sold on-line through RCRV's official ROCK REVIVAL brand website, www.rockrevival.com, and through websites affiliated with RCRV's authorized retail department stores, including The Buckle and Nordstrom.

30.     In the United States, sales of RCRV's products featuring the INVERTED FLEUR-DE-LIS DESIGN Trademark have been rapidly increasing over the past few years.  For example, sales of products bearing the INVERTED FLEUR-DE-LIS DESIGN Trademark exceeded $4 million in 2008, $20 million in 2009, $30 million in 2010, $50 million in 2011, $60 million in 2012, and $80 million in 2013.

31.     Moreover, RCRV and its predecessor have consistently promoted the INVERTED FLEUR-DE-LIS DESIGN Trademark as an indicator of source for ROCK REVIVAL jeans, and RCRV has expended substantial amounts of money promoting the INVERTED FLEUR-DE-LIS DESIGN Trademark as an indicator of source for its goods.  In particular, over the last five plus years, the INVERTED FLEUR-DE-LIS DESIGN Trademark has enjoyed coverage in leading mainstream and fashion publications in the United States.  For example, the leading fashion industry publication *Women's Wear Daily* listed ROCK REVIVAL as the tenth most searched-for denim brand in its April 2009 edition and November 2009 edition focusing on jeanswear rear pocket designs.

32.     The INVERTED FLEUR-DE-LIS DESIGN Trademark is featured on the rear pocket of nearly all RCRV jeanswear products, and RCRV's retail customers consistently recognize the INVERTED FLEUR-DE-LIS DESIGN as RCRV's "signature" and/or "trademark."

33.     Further, celebrities have repeatedly been seen wearing RCRV jeanswear bearing the INVERTED FLEUR-DE-LIS DESIGN Trademark, creating millions of commercial "impressions" of the design, including Steven Tyler, lead singer of the famous rock band Aerosmith, in *Rolling Stone* magazine; the Oscar winning actress, Halle Berry, in *US Weekly*; Teri Hatcher on the popular television show *Desperate Housewives*; a finalist on the then-number one rated television show *American Idol*, Casey James; and former National Football League star, and *Dancing With The Stars* winner, Hines Ward.

34.     Accordingly, in addition to being, in and of itself, inherently distinctive,

9

the INVERTED FLEUR-DE-LIS DESIGN Trademark has, through extensive sales, promotion and media coverage of ROCK REVIVAL jeanswear, come to identify RCRV as the exclusive source of such products.  As a result of RCRV's broad media exposure, and the uninterrupted and continuing promotion and sale of ROCK REVIVAL jeanswear bearing the INVERTED FLEUR-DE-LIS DESIGN Trademark, the design has acquired distinctiveness, and has developed a strong secondary meaning among consumers and the trade, immediately identifying RCRV as the exclusive source of products bearing the INVERTED FLEUR-DE-LIS DESIGN Trademark, and signifying goodwill of incalculable value.

## DEFENDANTS' INFRINGING CONDUCT

35.    Upon information and belief, Defendants are currently, and at all times relevant hereto have been, engaged in the business of designing, manufacturing, importing, exporting, distributing, supplying, advertising, promoting, offering for sale and selling jeanswear products under the CLASH brand name, among others.  In particular, upon information and belief, Watch L.A. is the importer of record for such products, and is selling or otherwise transferring such products to the various Defendant XYZ Companies and John and Jane Does involved in Watch L.A.'s distribution network.

36.    Upon information and belief, Defendants are creating, manufacturing, importing, exporting, distributing, supplying, advertising, promoting, offering for sale and selling, or are causing to be created, manufactured, imported, exported, distributed, supplied, advertised, promoted, offered for sale and/or sold, without authorization or license from Plaintiffs, jeanswear products bearing designs that are studied imitations of and/or substantially or confusingly similar to the Sweet People Copyrighted Designs and RCRV's INVERTED FLEUR-DE-LIS DESIGN (collectively, the "Infringing Designs").

37.    A photograph of the infringing wing design created, manufactured, imported, exported, distributed, supplied, advertised, promoted, offered for sale

and/or sold by Defendants, which is a studied imitations of Sweet People's Wing Design, is attached hereto as Exhibit E.  A photographic comparison of Sweet People's Wing Design and Defendants' infringing design is set forth below:



| Sweet People's Wing Design | Defendants' Design |
|---|---|

38.     A photograph of the infringing double wing design created, manufactured, imported, exported, distributed, supplied, advertised, promoted, offered for sale and/or sold by Defendants, which is a studied imitation of Sweet People's Double Wing Design, is attached hereto as Exhibit F.  A photographic comparison of Sweet People's Double Wing Design and Defendants' infringing design is set forth below:



| Sweet People's Double Wing Design | Defendants' Design |
|---|---|

39.     A photograph of the infringing cut out wing design created,

manufactured, imported, exported, distributed, supplied, advertised, promoted, offered for sale and/or sold by Defendants, which is a studied imitation of Sweet People's Vintage White Wing Design, is attached hereto as Exhibit G.  A photographic comparison of Sweet People's Vintage White Wing Design and Defendants' infringing design is set forth below:

| Sweet People's Vintage White Wing Design | Defendants' Design |
|---|---|



40.    A photograph of the inverted fleur-de-lis design used by Defendants on their jeanswear products, which is a studied imitation of RCRV's INVERTED FLEUR-DE-LIS DESIGN, is attached hereto as Exhibit H.  A photographic comparison of RCRV's INVERTED FLEUR-DE-LIS DESIGN and Defendants' infringing design is set forth below:

| RCRV's Inverted Fleur-de-lis Design | Defendants' Design |
|---|---|



41.     Upon information and belief, Defendants distribute, supply, advertise, promote, offer for sale and/or sell products bearing one or more of the Infringing Designs throughout the United States, including in this judicial district.

42.     Defendants have deliberately, knowingly and faithfully created, manufactured, imported, exported, distributed, supplied, advertised, promoted, offered for sale and/or sold jeanswear products that infringe the Sweet People Copyrighted Designs and RCRV's INVERTED FLEUR-DE-LIS DESIGN.

43.     As a result, the jeanswear products bearing unauthorized copies of RCRV's INVERTED FLEUR-DE-LIS DESIGN are likely to cause consumers, either at the point-of-sale or post-sale, to believe that products bearing the Infringing Designs are authorized, sponsored, approved, endorsed or licensed by RCRV, or are in some other way affiliated, associated, or connected with RCRVs.

44.     Upon information and belief, Defendants were aware that the Sweet People Copyrighted Designs and RCRV's INVERTED FLEUR-DE-LIS DESIGN were well-known designs of Sweet People and RCRV at the time they began creating, manufacturing, importing, exporting, distributing, supplying, advertising, promoting, offering for sale and/or selling the Infringing Designs.  Accordingly, upon information and belief, Defendants have been engaging in the above-described unlawful activities knowingly and intentionally, and/or with reckless disregard for Sweet People's rights in the Sweet People Copyrighted Designs, and RCRV's rights in the INVERTED FLEUR-DE-LIS DESIGN.

45.     Upon information and belief, Defendants intend to continue to design, manufacture, import, export, distribute, supply, advertise, promote, offer for sale and/or sell products bearing the Infringing Designs, unless otherwise restrained by this Court.

46.     Unless Defendants' conduct is enjoined, such conduct will severely inhibit and/or destroy the ability of the INVERTED FLEUR-DE-LIS DESIGN to identify RCRV as the exclusive source of goods to which it is affixed.

13

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## FIRST CLAIM FOR RELIEF
## COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)
## (PLAINTIFF SWEET PEOPLE)

47.     The allegations set forth in paragraphs 1 through 46 hereof are adopted and incorporated by reference as if fully set forth herein.

48.     Sweet People is the owner of a U.S. copyright registration for the Wing Design, which registration is in full force and effect.

49.     Defendants, without authorization from Sweet People, and after Sweet People created and first used the Wing Design on its jeanswear products, have created, manufactured, imported, exported, distributed, supplied, advertised, promoted, sold and/or offered for sale jeanswear products incorporating designs that were copied from and are substantially similar in overall appearance to Sweet People's Wing Design.

50.     Defendants thereby have willfully infringed and, upon information and belief, are continuing to willfully infringe Sweet People's copyright in the Wing Design.

51.     Upon information and belief, by their acts, Defendants have made and will make substantial profits and gains to which they are not in law or in equity entitled.

52.     Upon information and belief, Defendants intend to continue their willful conduct, and will continue to willfully infringe Sweet People's copyright in the Wing Design, and to act in bad faith, unless restrained by this Court.

53.     Defendants' acts have irreparably harmed and will continue to irreparably harm Sweet People, and Sweet People has no adequate remedy at law.

## SECOND CLAIM FOR RELIEF
## COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)
## (PLAINTIFF SWEET PEOPLE)

54.     The allegations set forth in paragraphs 1 through 53 hereof are adopted

and incorporated by reference as if fully set forth herein.

55.     Sweet People is the owner of a U.S. copyright registration for the Double Wing Design, which registration is in full force and effect.

56.     Defendants, without authorization from Sweet People, and after Sweet People created and first used the Double Wing Design on its jeanswear products, have created, manufactured, imported, exported, distributed, supplied, advertised, promoted, sold and/or offered for sale jeanswear products incorporating designs that were copied from and are substantially similar in overall appearance to Sweet People's Double Wing Design.

57.     Defendants thereby have willfully infringed and, upon information and belief, are continuing to willfully infringe Sweet People's copyright in the Double Wing Design.

58.     Upon information and belief, by their acts, Defendants have made and will make substantial profits and gains to which they are not in law or in equity entitled.

59.     Upon information and belief, Defendants intend to continue their willful conduct, and will continue to willfully infringe Sweet People's copyright in the Double Wing Design, and to act in bad faith, unless restrained by this Court.

60.     Defendants' acts have irreparably harmed and will continue to irreparably harm Sweet People, and Sweet People has no adequate remedy at law.

**THIRD CLAIM FOR RELIEF**

**COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)**

**(PLAINTIFF SWEET PEOPLE)**

61.     The allegations set forth in paragraphs 1 through 60 hereof are adopted and incorporated by reference as if fully set forth herein.

62.     Sweet People is the owner of a U.S. copyright registration for the Vintage White Wing Design, which registration is in full force and effect.

63.     Defendants, without authorization from Sweet People, and after Sweet

People created and first used the Vintage White Wing Design on its jeanswear products, have created, manufactured, imported, exported, distributed, supplied, advertised, promoted, sold and/or offered for sale jeanswear products incorporating designs that were copied from and are substantially similar in overall appearance to Sweet People's Vintage White Wing Design.

64.     Defendants thereby have willfully infringed and, upon information and belief, are continuing to willfully infringe Sweet People's copyright in the Vintage White Wing Design.

65.     Upon information and belief, by their acts, Defendants have made and will make substantial profits and gains to which they are not in law or in equity entitled.

66.     Upon information and belief, Defendants intend to continue their willful conduct, and will continue to willfully infringe Sweet People's copyright in the Vintage White Wing Design, and to act in bad faith, unless restrained by this Court.

67.     Defendants' acts have irreparably harmed and will continue to irreparably harm Sweet People, and Sweet People has no adequate remedy at law.

**FOURTH CLAIM FOR RELIEF**

**TRADEMARK COUNTERFEITING & INFRINGEMENT (15 U.S.C. § 1114)**

**(PLAINTIFF RCRV)**

68.     The allegations set forth in paragraphs 1 through 67 hereof are adopted and incorporated by reference as if fully set forth herein.

69.     By the acts alleged herein, Defendants are using a mark that is confusingly similar to, and/or substantially indistinguishable from, RCRV's INVERTED FLEUR-DE-LIS DESIGN Trademark, and have infringed and/or counterfeited, and continue to infringe and/or counterfeit, the INVERTED FLEUR-DE-LIS DESIGN Trademark, in violation of 15 U.S.C. § 1114.

70.     Upon information and belief, Defendants' use of a mark that is confusingly similar to, and/or substantially indistinguishable from, the INVERTED

16

FLEUR-DE-LIS DESIGN Trademark has caused, is intended to cause, and is likely to continue to cause confusion, mistake and deception among the general consuming public and the trade as to the source of Defendants' products bearing such infringing and/or counterfeited design mark, or as to a possible affiliation, connection or association between RCRV and Defendants.

71.     Upon information and belief, Defendants have acted with knowledge of RCRV's ownership of the INVERTED FLEUR-DE-LIS DESIGN Trademark, and with the deliberate intention to unfairly benefit from the goodwill symbolized thereby.

72.     Defendants' acts constitute willful trademark infringement and/or counterfeiting in violation of 15 U.S.C. § 1114.

73.     Upon information and belief, by their actions, Defendants intend to continue their unlawful conduct, and to willfully infringe and/or counterfeit RCRV's INVERTED FLEUR-DE-LIS DESIGN Trademark, unless restrained by this Court.

74.     Upon information and belief, by their willful acts, Defendants have made and will continue to make substantial profits and gains to which they are not in law or equity entitled.

75.     Defendants' acts have irreparably harmed and, unless enjoined, will continue to irreparably harm RCRV, and RCRV has no adequate remedy at law.

**FIFTH CLAIM FOR RELIEF**

**FALSE DESIGNATION OF ORIGIN (15 U.S.C. § 1125(a))**

**(PLAINTIFF RCRV)**

76.     The allegations set forth in paragraphs 1 through 75 hereof are adopted and incorporated by reference as if fully set forth herein.

77.     Upon information and belief, Defendants' use of a mark that is confusingly similar to the INVERTED FLEUR-DE-LIS DESIGN Trademark has caused, is intended to cause, and is likely to continue to cause confusion, mistake and deception among the general consuming public and the trade as to the source of such

17

products, or as to a possible affiliation, connection or association between RCRV and Defendants, and/or between RCRV and such products.

78.     Defendants' conduct as aforementioned constitutes a willful false designation of the origin of the products bearing the infringing inverted fleur-de-lis designs, and/or false and misleading descriptions and representations of fact, all in violation of 15 U.S.C. § 1125(a).

79.     Upon information and belief, by their actions, Defendants intend to continue to falsely designate the origin of their products as aforesaid, unless restrained by this Court.

80.     Upon information and belief, by their willful acts, Defendants have made and will continue to make substantial profits and gains to which they are not in law or equity entitled.

81.     Defendants' acts have irreparably harmed and, unless enjoined, will continue to irreparably harm RCRV, and RCRV has no adequate remedy at law.

**SIXTH CLAIM FOR RELIEF**

**COMMON LAW TRADEMARK INFRINGEMENT**

**AND UNFAIR COMPETITION**

**(PLAINTIFF RCRV)**

82.     The allegations set forth in paragraphs 1 through 81 hereof are adopted and incorporated by reference as if fully set forth herein.

83.     By deliberately designing, manufacturing, importing, exporting, distributing, supplying, promoting, advertising, offering for sale and/or selling jeanswear products bearing the infringing inverted fleur-de-lis designs, Defendants are deceptively attempting to "pass off" their products as those of RCRV, or as somehow related to or associated with, or sponsored or endorsed by, RCRV, thereby exploiting RCRV's reputation and goodwill in the marketplace.

84.     Defendants' acts and conduct are likely to cause confusion, mistake and deception among the general consuming public and the trade as to the source of

Defendants' products, or as to a possible affiliation, connection or association between RCRV and Defendants, and/or between RCRV and Defendants' products, in violation of RCRV's rights under the common law of the State of California.

85.    Upon information and belief, by their actions, Defendants intend to continue their infringing and unfairly competitive acts, unless restrained by this Court.

86.    Upon information and belief, by their willful acts, Defendants have made and will continue to make substantial profits and gains to which they are not in law or equity entitled.

87.    Defendants' acts have damaged and, unless enjoined, will continue to irreparably damage RCRV, and RCRV has no adequate remedy at law.

88.    Pursuant to the common law of the State of California, RCRV is entitled to injunctive relief and an award of damages and/or Defendants' profits resulting from Defendants' willful conduct.

89.    RCRV is further informed and believes that Defendants' conduct was oppressive, fraudulent and malicious, and is thereby entitled to an award of punitive damages.

**SEVENTH CLAIM FOR RELIEF**

**CALIFORNIA UNFAIR COMPETITION**

**(Cal. Bus. & Prof. Code §§ 17200 *et seq.*)**

**<u>(PLAINTIFF RCRV)</u>**

90.    The allegations set forth in paragraphs 1 through 89 hereof are adopted and incorporated by reference as if fully set forth herein.

91.    The aforesaid acts of Defendants constitute unlawful, unfair, or fraudulent unfair competition in violation of California Business & Professions Code §§ 17200 *et seq*.

92.    Upon information and belief, RCRV has standing to assert this claim under California Business & Professions Code §§ 17200 *et seq*. because its monetary

and property interests have been damaged by the aforesaid actions of Defendants.  By way of example, upon information and belief, RCRV has lost sales of its jeanswear products due to Defendants' aforesaid conduct, and/or the value of RCRV's INVERTED FLEUR-DE-LIS DESIGN Trademark has been diminished by Defendants' actions.

93.     Upon information and belief, by their actions, Defendants intend to continue their unfairly competitive conduct, unless restrained by this Court.

94.     Upon information and belief, by their willful acts, Defendants have made and will continue to make substantial profits and gains to which they are not in law or equity entitled.

95.     Defendants' acts have irreparably harmed and, unless enjoined, will continue to irreparably harm RCRV, and RCRV has no adequate remedy at law.

96.     Pursuant to California Business & Professions Code §§ 17200 *et seq.*, RCRV is entitled to injunctive relief and an award of attorneys' fees and costs.

## **PRAYER FOR RELIEF**

WHEREFORE, Sweet People and RCRV demand judgment against Defendants as follows:

1.     Finding that, (a) as to Counts 1-3, Defendants engaged in copyright infringement against Sweet People in violation of 17 U.S.C. § 501; (b) as to Count 4, Defendants engaged in willful trademark infringement and/or counterfeiting against RCRV in violation of 15 U.S.C. § 1114; (c) as to Count 5, Defendants engaged in willful false designation of origin and unfair competition against RCRV in violation of 15 U.S.C. § 1125(a); (d) as to Count 6, Defendants engaged in willful trademark infringement and unfair competition under the common law of the State of California against RCRV; and (e) as to Count 7, Defendants engaged in willful unfair competition in violation of California Business & Professions Code §§ 17200 *et seq.* against RCRV.

2.     That Defendants and all of those acting in concert with them, including their agents and servants, and all those on notice of this suit, be preliminarily and permanently enjoined from:

(a)     Importing, distributing, supplying, advertising, promoting, offering for sale and/or selling any products which bear the Infringing Designs, or any other designs substantially similar in appearance to the Sweet People Copyrighted Designs and/or confusingly similar in appearance to RCRV's INVERTED FLEUR-DE-LIS DESIGN Trademark, and engaging in any other activity constituting an infringement of any of Sweet People's rights in and to the Sweet People Copyrighted Designs, or RCRV's rights in and to the INVERTED FLEUR-DE-LIS DESIGN Trademark;

(b)     Engaging in any activity constituting unfair competition with Sweet People or RCRV, or any acts practices that deceive the public and/or the trade, including, without limitation, the use of design elements and designations associated with Sweet People or RCRV.

3.     That Defendants be required to take such other measures as the Court may deem appropriate to prevent the public from deriving any erroneous impression that products bearing the Infringing Designs have been designed, manufactured, imported, exported, distributed, supplied, advertised, promoted, offered for sale and/or sold by Sweet People or RCRV, have been authorized by Sweet People or RCRV, or are related to or associated in any way with Sweet People or RCRV or their products.

4.     That Defendants be required to recall all products bearing the Infringing Designs along with all advertising and promotional materials bearing images of such Infringing Designs, and thereafter to deliver up for destruction all Infringing Designs, artwork, packaging, advertising and promotional materials, and any means of making such items.

5.     That Defendants be directed to file with the Court and serve upon Sweet

People and RCRV, within thirty (30) days after service of a judgment or order upon Defendant, a written report under oath setting forth in detail the manner in which Defendant has complied with the requirements set forth above in paragraphs 2 through 4 hereof.

6.     That the Court award Sweet People (a) Defendants' profits and Sweet People's damages and/or statutory damages, attorneys' fees and costs, to the full extent provided for by 17 U.S.C. §§ 504 and 505; and (b) Sweet People's attorneys' fees and litigation-related expenses incurred herein.

7.     That the Court award RCRV (a) Defendants' profits and RCRV's damages, to the full extent provided for by 15 U.S.C. § 1117, with any monetary award under to be trebled, or, in the alternative with respect to RCRV's counterfeiting claim, at RCRV's election, statutory damages of up to $2 million; (b) attorneys' fees and injunctive and other equitable relief, to the full extent provided for by California Business & Professions Code §§ 17200 *et seq.*, to prevent Defendants from continuing to engage in the unlawful, unfair, and/or fraudulent business practices alleged herein and from continuing to receive ill-gotten gains therefrom; (c) actual and punitive damages as provided under the common law of the State of California; and (d) RCRV's attorneys' fees and litigation-related expenses incurred herein.

8.     That Sweet People and RCRV be awarded pre-judgment and post-judgment interest on any monetary award made part of the judgment against Defendants.

9.     That Sweet People and RCRV be awarded such additional and further relief as the Court deems just and proper.

1    Dated:  September 22, 2014              ARNOLD & PORTER LLP

2

3

4                                      By:  /s/ Eric D. Mason
                                            John C. Ulin
5                                           John.Ulin@aporter.com
                                            Eric D. Mason
6                                           Eric.Mason@aporter.com
                                            777 South Figueroa Street, 44th Floor
7                                           Los Angeles, California  90017-5844
                                            Telephone:  (213) 243-4000
8                                           Facsimile:  (213) 243-4199

9

10                                          *Attorneys for Plaintiffs Sweet People*
                                            *Apparel, Inc, d/b/a Miss Me, and*
11                                          *RCRV Inc. d/b/a Rock Revival*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**
VA 1-733-502

**Effective date of
registration:**

September 3, 2010

---

### Title

**Title of Work:** WING DESIGN

### Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** August 25, 2008       **Nation of 1st Publication:** United States

### Author

■       **Author:** Sweet People Apparel, Inc.

**Author Created:** Artwork Applied To Clothing

**Work made for hire:** Yes

**Citizen of:** United States

### Copyright claimant

**Copyright Claimant:** Sweet People Apparel, Inc.

4715 S. Alameda Street, Los Angeles, CA 90058, United States

### Rights and Permissions

**Organization Name:** Sweet People Apparel, Inc.

**Address:** 4715 S. Alameda Street

Los Angeles, CA 90058  United States

### Certification

**Name:** Brent S. LaBarge

**Date:** September 3, 2010

**Applicant's Tracking Number:** 21406.001

---

Page 1 of 1

**EXHIBIT A
PAGE 24**

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America





**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

**VA 1–432–644**

TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

9   16   2010
Month   Day   Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A**

Title of Work ▼
**WING DESIGN**

Registration Number of the Basic Registration ▼
VA 1-733-502

Year of Basic Registration ▼
2010

Name(s) of Author(s) ▼
Sweet People Apparel, Inc.

Name(s) of Copyright Claimant(s) ▼
Sweet People Apparel, Inc.

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number _____   Line Heading or Description  Year of Completion and Date of 1st Publication

Incorrect Information as It Appears in Basic Registration ▼

Year of Completion:  2008; Date of 1st Publication: August 25, 2008

Corrected Information ▼

Year of Completion:  2009; Date of 1st Publication: June 5, 2009

Explanation of Correction ▼

The original application was inadvertently filed with the incorrect year of completion and first publication dates.

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____   Line Heading or Description _____

Amplified Information and Explanation of Information ▼

MORE ON BACK ▶   • Complete all applicable spaces (D-G) on the reverse side of this page.
• See detailed instructions.   • Sign the form at Space F.

DO NOT WRITE HERE
Page 1 of ___ Pages

**EXHIBIT A
PAGE 25**

FORM CA RECEIVED

9 / 16 / 10

FUNDS RECEIVED DATE

9 / 16 / 10

EXAMINED BY

MCRA

CORRESPONDENCE ☐

REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION  ☑ YES  ☐ NO

FORM CA

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Continuation of: ☐ Part B or ☐ Part C

**D**

Correspondence Give name and address to which correspondence about this application should be sent.

Arnold & Porter LLP, 555 Twelfth Street, N.W.
Washington, DC 20004
Attn: Brent S. LaBarge

**E**

Phone ( 202 ) 942-5158         Fax ( 202 ) 942-5999         Email brent.labarge@aporter.com

Deposit Account If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name  Arnold & Porter LLP

Account Number 067822

Certification* I, the undersigned, hereby certify that I am the: (Check only one)

☐ author          ☐ owner of exclusive right(s)
☐ other copyright claimant   ☑ duly authorized agent of   Sweet People Apparel, Inc.
                              Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**F**

Typed or printed name ▼    Brent S. LaBarge                           Date ▼  September 16, 2010

Handwritten signature (X) ▼

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Arnold & Porter LLP - Attn: Brent S. LaBarge

Number/Street/Apt ▼
555 Twelfth Street, N.W.

City/State/ZIP ▼
Washington, DC 20004

**G**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full  Rev 07/2008  Print 07/2008—x,000  Printed on recycled paper                     U.S. Government Printing Office 2008——/x,xx



# EXHIBIT B

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-802-210**

**Effective date of registration:**

February 17, 2012

---

## Title

**Title of Work:** Double Wing JP5163B

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** October 15, 2010          **Nation of 1st Publication:** United States

## Author

■          **Author:** Sweet People Apparel, Inc.

**Author Created:** Artwork applied to clothing

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Sweet People Apparel, Inc.

4715 S. Alameda St., Los Angeles, CA, 90058

## Rights and Permissions

**Organization Name:** Sweet People Apparel, Inc.

**Address:** 4715 S. Alameda St.

Los Angeles, CA 90058

## Certification

**Name:** Lilly Kim

**Date:** February 17, 2012

---

**EXHIBIT B
PAGE 28**



# EXHIBIT C

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-920-749**

**Effective date of
registration:**

August 29, 2014

---

### Title

**Title of Work:** Vintage White Wing JP5330

### Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** April 18, 2011        **Nation of 1st Publication:** United States

### Author

■        **Author:** Sweet People Apparel, Inc.

**Author Created:** Artwork Applied to Clothing

**Work made for hire:** Yes

**Citizen of:** United States

### Copyright claimant

**Copyright Claimant:** Sweet People Apparel, Inc.

4715 S Alameda St, Los Angeles, CA, 90058, United States

### Rights and Permissions

**Organization Name:** Sweet People Apparel, Inc.

**Address:** 4715 S. Alameda St.

Los Angeles, CA 90058

### Certification

**Name:** Lilly Kim

**Date:** August 29, 2014

---

**EXHIBIT C
PAGE 30**



**EXHIBIT C**
**PAGE 31**

# EXHIBIT D

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,248,371**

**Registered Nov. 27, 2012**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

RCRV, INC. (CALIFORNIA CORPORATION)
4715 S. ALAMEDA STREET
LOS ANGELES, CA 90058

FOR: APPAREL, NAMELY, JEANS, SHORTS AND SKIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 11-23-2005; IN COMMERCE 3-17-2006.

THE MARK CONSISTS OF A THREE-DIMENSIONAL DESIGN FEATURE CONSISTING OF A STYLIZED INVERTED FLEUR DE LIS DESIGN STITCHED ON THE BACK POCKET OF A JEANS PRODUCT, DEPICTED IN THE DRAWING AS A SOLID BLACK LINE. THE DOTTED OUTLINE OF THE GOODS IS INTENDED TO SHOW THE POSITION OF THE MARK AND IS NOT PART OF THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 85-330,951, FILED 5-26-2011.

MARK SPARACINO, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

**EXHIBIT D
PAGE 32**



# EXHIBIT E



# EXHIBIT F



# EXHIBIT G



# EXHIBIT H

