JS-6

JOHN C. ULIN (State Bar No. 165524)
John.Ulin@aporter.com
ERIC D. MASON (State Bar No. 259233)
Eric.Mason@aporter.com
LOUIS S. EDERER (*Pro Hac Vice*)
Louis.Ederer@aporter.com
MATTHEW T. SALZMANN (*Pro Hac Vice*)
Matthew.Salzmann@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone:  (213) 243-4000
Facsimile:  (213) 243-4199

*Attorneys for Plaintiffs*
*Sweet People Apparel, Inc. d/b/a Miss Me*
*and RCRV, Inc. d/b/a Rock Revival*

MATTHEW L. SEROR (State Bar No. 235043)
mseror@buchalter.com
BUCHALTER NEMER
A Professional Corporation
1000 Wilshire Blvd., Suite 1500
Los Angeles, California 90017-2457
Telephone:  (213) 891-0700
Facsimile:  (213) 896-0400

*Attorneys for Defendants*
*Watch L.A. Jeans & Sportswear*
*d/b/a Watch L.A. and Pierre D. Mitri*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| SWEET PEOPLE APPAREL, INC. d/b/a MISS ME, a California corporation, and RCRV, INC. d/b/a ROCK REVIVAL, a California corporation, <br><br> Plaintiffs, <br><br> v. <br><br> WATCH L.A. JEANS & SPORTSWEAR d/b/a WATCH L.A., a business entity of form unknown, PIERRE D. MITRI, an individual, and JOHN AND JANE DOES 1-10, <br><br> Defendants. | Case No.:  2:14-cv-07399-RSWL (SHx) <br><br> Hon. Ronald S.W. Lew <br><br> **ORDER GRANTING STIPULATION FOR ENTRY OF CONSENT PERMANENT INJUNCTION AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE** |

WHEREAS, Plaintiff Sweet People Apparel, Inc. d/b/a Miss Me ("Sweet People") is the owner of U.S. copyright registrations for its Wing Design (U.S. Copyright Registration No. VA 1-733-502 and Supplementary Registration No. 1-432-644); Double Wing Design (U.S. Copyright Registration No. VA 1-802-210); and Vintage White Wing Design (U.S. Copyright Registration No. VA 1-920-749) (collectively referred to as the "Sweet People Copyrighted Designs"), copies of the registration certificates for and photographs of the Sweet People Copyrighted Designs as used on MISS ME jeanswear, being attached hereto as Exhibit A; and

WHEREAS, Plaintiff RCRV, Inc. d/b/a Rock Revival ("RCRV") is the owner of a federally registered design trademark used on and in connection with its ROCK REVIVAL line of jeanswear products, namely, a distinctive inverted fleur-de-lis pocket design (the "INVERTED FLEUR-DE-LIS DESIGN Trademark"), a copy of the registration certificate for the INVERTED FLEUR-DE-LIS DESIGN Trademark, as well as a photograph of such mark as used on ROCK REVIVAL jeanswear, being attached hereto as Exhibit B; and

WHEREAS, on September 22, 2014, Sweet People and RCRV (collectively "Plaintiffs") filed a complaint against Watch L.A. Jeans & Sportswear d/b/a Watch L.A. ("Watch L.A.") and Pierre D. Mitri ("Mitri") (collectively "Defendants") in this action (the "Civil Action"), seeking injunctive relief and damages for acts of willful copyright infringement, willful trademark infringement and counterfeiting, false designation of origin, and unfair competition, arising out of Defendants' creation, design, manufacture, purchase, importation, distribution, promotion, offer for sale and/or sale of certain jeanswear products bearing designs (the "Accused Designs") that, Plaintiffs' alleged, infringe their rights in and to the Sweet People Copyrighted Designs and RCRV's INVERTED FLEUR-DE-LIS DESIGN Trademark (the "Accused Products"), photographs of the Accused Products being attached hereto as Exhibit C; and

WHEREAS, the parties entering into this Consent Permanent Injunction and Voluntary Dismissal of Action With Prejudice (the "Consent Permanent Injunction") are Sweet People, RCRV, Watch L.A. and Mitri (each individually a "Party" and collectively the "Parties"); and

WHEREAS, the Parties herein having entered into a Settlement Agreement; and

WHEREAS, the Parties hereto desire to fully settle all of the claims in this Civil Action among the Parties to this Consent Permanent Injunction without the admission of liability on the part of any Party; and

WHEREAS, the Parties have submitted to the Court's jurisdiction; and

WHEREAS, the Parties have been afforded the opportunity to consult with attorneys of their own choice in connection with the settlement of this action; and

WHEREAS, the Parties have consented to the entry of this Consent Permanent Injunction in full and final resolution of the Civil Action; and

WHEREAS, the Court having jurisdiction over the subject matter of this action and over the Parties, and venue in this action being proper in this judicial district.

The Parties hereby stipulate to the entry by this Consent Permanent Injunction ordering that:

1.     Subject to Paragraph 2 herein, Defendants and their agents, affiliates, divisions, parents, subsidiaries, related companies, officers, directors, shareholders, principals, employees, and all natural or legal persons acting on their behalf, or in concert with any of them, shall be PERMANENTLY ENJOINED and RESTRAINED from the date of this Consent Permanent Injunction from attempting to do or causing to be done, directly or indirectly, by any means, method, or device whatsoever, or by any person or persons whomsoever, the following acts:

(a)     creating, designing, manufacturing, importing, exporting, distributing, supplying, advertising, marketing, promoting, purchasing, offering for

sale and/or selling any garments bearing any of the Accused Designs, including, without limitation, the Accused Products;

(b)     creating, designing, manufacturing, importing, exporting, distributing, supplying, advertising, marketing, promoting, purchasing, offering for sale and/or selling any garments bearing any design or combination of design elements that is substantially similar to any of the Sweet People Copyrighted Designs;

(c)     creating, designing, manufacturing, importing, exporting, distributing, supplying, advertising, marketing, promoting, purchasing, offering for sale or selling any garments that contain any design or combination of design elements that is confusingly similar to RCRV's INVERTED FLEUR-DE-LIS DESIGN Trademark; and

(d)     engaging in any activity constituting unfair competition with RCRV, or acts and practices that deceive the public and/or the trade, including, without limitation, the use of design elements and designations associated with RCRV.

2.     Notwithstanding Paragraph 1 above, Defendants shall be permitted to sell-off their remaining inventory of Accused Products (5,559 units) through and including June 1, 2016, but only in Ecuador, Columbia, Venezuela, Curacao and St. Martin and nowhere else.

3.     Except to the extent relief is granted on Plaintiffs' Complaint through the entry of this Consent Permanent Injunction, this action shall be deemed dismissed with prejudice.

4.     The Court retains jurisdiction of this action for the purpose of enforcing the provisions of this Consent Permanent Injunction by way of contempt motion or otherwise.

5.     The Parties waive any right to appeal this Consent Permanent Injunction.

1       6.      Each Party shall bear its own costs and attorneys' fees related to this

2 action.

3

4

IT IS SO ORDERED.

5

6 Dated: 10/07/15

## RONALD S.W. LEW

7 The Honorable Ronald S.W. Lew
Senior United States District  Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

1

# EXHIBIT A

2

3

4

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

VA 1-733-502

**Effective date of
registration:**

September 3, 2010

### Title

Title of Work: WING DESIGN

### Completion/Publication

Year of Completion: 2008

Date of 1st Publication: August 25, 2008        Nation of 1st Publication: United States

### Author

■        Author: Sweet People Apparel, Inc.

Author Created: Artwork Applied To Clothing

Work made for hire: Yes

Citizen of: United States

### Copyright claimant

Copyright Claimant: Sweet People Apparel, Inc.

4715 S. Alameda Street, Los Angeles, CA 90058, United States

### Rights and Permissions

Organization Name: Sweet People Apparel, Inc.

Address: 4715 S. Alameda Street

Los Angeles, CA 90058 United States

### Certification

Name: Brent S. LaBarge

Date: September 3, 2010

Applicant's Tracking Number: 21406.001

Page 1 of 1

## Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

VA 1–432–644

TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

9   16   2010

Month   Day   Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A**

Title of Work ▼
**WING DESIGN**

Registration Number of the Basic Registration ▼
VA 1-733-502

Year of Basic Registration ▼
2010

Name(s) of Author(s) ▼
Sweet People Apparel, Inc.

Name(s) of Copyright Claimant(s) ▼
Sweet People Apparel, Inc.

**B**

Location and Nature of Incorrect Information in Basic Registration ▼
Line Number _____   Line Heading or Description   Year of Completion and Date of 1st Publication

Incorrect Information as It Appears in Basic Registration ▼
Year of Completion:  2008; Date of 1st Publication: August 25, 2008

Corrected Information ▼
Year of Completion:  2009; Date of 1st Publication: June 5, 2009

Explanation of Correction ▼
The original application was inadvertently filed with the incorrect year of completion and first publication dates.

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼
Line Number _____   Line Heading or Description _____
Amplified Information and Explanation of Information ▼

MORE ON BACK ▶   • Complete all applicable spaces (D-G) on the reverse side of this page.   • See detailed instructions.   • Sign the form at Space F.

DO NOT WRITE HERE

Page 1 of ___ pages

EXHIBIT A
PAGE 7



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

VA 1-802-210

**Effective date of
registration:**

February 17, 2012

---

### Title

**Title of Work:** Double Wing JP5163B

### Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** October 15, 2010    **Nation of 1st Publication:** United States

### Author

■   **Author:** Sweet People Apparel, Inc.

**Author Created:** Artwork applied to clothing

**Work made for hire:** Yes

**Citizen of:** United States    **Domiciled in:** United States

### Copyright claimant

**Copyright Claimant:** Sweet People Apparel, Inc.

4715 S. Alameda St., Los Angeles, CA, 90058

### Rights and Permissions

**Organization Name:** Sweet People Apparel, Inc.

**Address:** 4715 S. Alameda St.

Los Angeles, CA 90058

### Certification

**Name:** Lilly Kim

**Date:** February 17, 2012

Page 1 of 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

VA 1-920-749

**Effective date of
registration:**

August 29, 2014

### Title

**Title of Work:** Vintage White Wing JP5330

### Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** April 18, 2011     **Nation of 1st Publication:** United States

### Author

■ **Author:** Sweet People Apparel, Inc.

**Author Created:** Artwork Applied to Clothing

**Work made for hire:** Yes

**Citizen of:** United States

### Copyright claimant

**Copyright Claimant:** Sweet People Apparel, Inc.

4715 S Alameda St, Los Angeles, CA, 90058, United States

### Rights and Permissions

**Organization Name:** Sweet People Apparel, Inc.

**Address:** 4715 S. Alameda St.

Los Angeles, CA 90058

### Certification

**Name:** Lilly Kim

**Date:** August 29, 2014

Page 1 of 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



# EXHIBIT B

1

**EXHIBIT B**

2

3

4

# United States of America

## United States Patent and Trademark Office



5

6

7

8

9

10

11

12

**Reg. No. 4,248,371**     RCRV, INC. (CALIFORNIA CORPORATION)
                           4715 S. ALAMEDA STREET

13

**Registered Nov. 27, 2012** LOS ANGELES, CA 90058

**Int. Cl.: 25**            FOR: APPAREL, NAMELY, JEANS, SHORTS AND SKIRTS, IN CLASS 25 (U.S. CLS. 22 AND

14

                           39).

**TRADEMARK**               FIRST USE 11-23-2005; IN COMMERCE 3-17-2006.

15

**PRINCIPAL REGISTER**      THE MARK CONSISTS OF A THREE-DIMENSIONAL DESIGN FEATURE CONSISTING OF
                           A STYLIZED INVERTED FLEUR DE LIS DESIGN STITCHED ON THE BACK POCKET OF

16

                           A JEANS PRODUCT, DEPICTED IN THE DRAWING AS A SOLID BLACK LINE. THE
                           DOTTED OUTLINE OF THE GOODS IS INTENDED TO SHOW THE POSITION OF THE

17

                           MARK AND IS NOT PART OF THE MARK AS SHOWN.

18

                           SEC. 2(F).

19

                           SER. NO. 85-330,951, FILED 5-26-2011.

20

                           MARK SPARACINO, EXAMINING ATTORNEY

21



22

23

24

25

26

*David J. Kappos*

Director of the United States Patent and Trademark Office

27

28



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT C

1

**EXHIBIT C**



**EXHIBIT C**
**PAGE 16**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



EXHIBIT C
PAGE 17



EXHIBIT C
PAGE 18

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



EXHIBIT C
PAGE 19